FILED
2003 OCT -9  A 10: 12
US ...
BRI...

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

————————————————————X

MICHELLE PIEGER, AS ADMINISTRATRIX
FOR THE ESTATE OF JEFFREY MICHAEL PIEGER,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY,

    Defendant

CIVIL ACTION

NO. 3:02CV00749(SRU)

OCTOBER 8, 2003

————————————————————X

## PLAINTIFF'S NUNC PRO TUNC MOTION FOR EXTENSION OF TIME TO DISCLOSE HER EXPERT AND MOTION FOR TIME TO EXTEND THE DISCOVERY DEADLINE

The plaintiff moves, nunc pro tunc, for a one week extension of time to disclose [ex]pert from October 2, 2003 up to and including October 9, 2003. The plaintiff also [seeks] a thirty-day extension of time to complete discovery from October 15, up to and [inc]luding November 15, 2003.

In support hereof, the plaintiff states the following:

1. This is her fifth motion to extend the deadline for disclosing her expert and for [comp]leting discovery.

2. On July 29, 2003, the Court ordered the defendant to produce overtime [recor]ds for machinists who worked in the wheel mill and the M-2 shop in New Haven. [On A]ugust 20, the overtime information was sent to plaintiff's counsel. These records

Motion Granted.
Discovery cutoff date November 15, 2003
Dispositive Motions Due by December 15, 2003
SO ORDERED.
10/1/...
Stefan R. Underhill, U.S.D.J.