UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 NOV -7  A 10: 20

US DISTRICT COURT
BRIDGEPORT CT

Michelle Pieger, Administratrix for the
Estate of Jeffrey Michael Pieger

                                Plaintiff,

    vs.

Metro-North Railroad Company,

                               Defendant.

Civil Action No.: 3:02CV00749 (SRU)

November 6, 2003

## DEFENDANT METRO-NORTH
## RAILROAD COMPANY'S MOTION FOR
## PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c) and D. Conn. L. Civ. R. 37, the defendant hereby moves the Court for a protective order to prevent the plaintiff from obtaining discovery which is irrelevant to the instant proceeding and which request for discovery is unduly burdensome and intended to harass.

Accompanying the instant motion is a memorandum of law and an affidavit.

ORAL ARGUMENT NOT REQUESTED.

356443.1 DocsNY

Respectfully submitted,

FOR THE DEFENDANT,

By: _____

William W. Cobb (ct 24870)
LANDMAN CORSI BALLAINE & FORD, P.C.
Offices of Metro-North
50 Union Avenue, 4th Floor West
New Haven, CT 06519

120 Broadway, 27th Floor
New York, New York  10271-0079
(212) 238-4800

## CERTIFICATION

I hereby certify that a copy of the foregoing was served by first class mail on November 6, 2003 to the following counsel of record:

> George J. Cahill, Jr., Esq.
> Cahill & Goetsch
> 43 Trumbull Street
> New Haven, CT 06511

William W. Cobb

356443.1 DocsNY