UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 NOV -7  A 10: 20

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| Michelle Pieger, Administratrix for the Estate of Jeffrey Michael Pieger | Civil Action No.: 3:02CV00749 (SRU) |
| Plaintiff, vs. | |
| Metro-North Railroad Company, | November 6, 2003 |
| Defendant. | |

## AFFIDAVIT

STATE OF NEW YORK      )
                       ) ss: New York
COUNTY OF NEW YORK     )

**WILLIAM W. COBB**, being duly sworn, deposes and says:

1. I am over the age of 18 and I understand the obligations of taking an oath.

2. I represent the defendant Metro-North Railroad Company in the above-captioned action.

3. On October 26th and 27th, this office spoke with plaintiff's counsel on the telephone in an effort to resolve the instant discovery disputes.

4. Despite these efforts, the parties were unable to resolve their differences, and defendant therefore seeks this court's intervention to resolve these disputes.

5. Annexed hereto at **Exhibit "A"** is a true and correct copy of the plaintiff's Notice of Deposition seeking the deposition of a Metro-North employee who was

356472.1 DocsNY

"responsible for the replacement or repair of the damaged tire on the Shuttle Wagon in New Haven in March of 2002."

6. Annexed hereto as **Exhibit "B"** is a true and correct copy of the plaintiff's Notice of Deposition of "Metro-North Manager and Former Chief Mechanical Officer G. R. Butt."

7. Annexed hereto as **Exhibit "C"** is a true and correct copy of plaintiff's "Second Set of Interrogatories."

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

_____
William W. Cobb

Subscribed and sworn to
before me this 6th day
of November, 2003.

_____
Notary Public

JAMES HEFFLER
Notary Public, State of New York
No. 01HE6032393
Qualified in Queens County
Commission Expires November 1, 20 05

356472.1 DocsNY

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

———————————————————X

| | |
|---|---|
| MICHELLE PIEGER, AS ADMINISTRATRIX<br>FOR THE ESTATE OF JEFFREY MICHAEL PIEGER,<br><br>    Plaintiff<br><br>VS.<br><br>METRO-NORTH RAILROAD COMPANY,<br><br>    Defendant | CIVIL ACTION<br><br>NO. 3:02CV00749(SRU)<br><br><br><br><br><br><br>OCTOBER 16, 2003 |

———————————————————X

## PLAINTIFF'S NOTICE OF 30(b)(6) DEPOSITION

PLEASE TAKE NOTICE that pursuant to F.R.C.P. 30(b)(6) the plaintiff in the above-entitled action will take the deposition of the Metro-North employee or employees responsible for the replacement or repair of the damaged tire on the Shuttle Wagon in New Haven in March of 2002, on **Monday, October 27, 2003, at 12:00 noon**, at the office of Cahill & Goetsch, P.C., 43 Trumbull Street, New Haven, Connecticut, upon oral examination pursuant to the Federal Rules of Civil Procedure before an Official Court Reporter, or before some other competent authority.

ex A

The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

FOR THE PLAINTIFF

BY _____
George J. Cahill, Jr. (ct04485)
CAHILL & GOETSCH, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was faxed and mailed, postage prepaid, on this 16th day of October, 2003, to Cathleen Giannetta, Esq., Landman Corsi Ballaine & Ford, P.C., 120 Broadway, 27th Floor, New York, New York 10271.

_____
George J. Cahill, Jr.

2

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

―――――――――――――――――――――X

| | |
|---|---|
| MICHELLE PIEGER, AS ADMINISTRATRIX<br>FOR THE ESTATE OF JEFFREY MICHAEL PIEGER, | CIVIL ACTION |
| | NO. 3:02CV00749(SRU) |
| Plaintiff | |
| VS. | |
| METRO-NORTH RAILROAD COMPANY, | |
| Defendant | OCTOBER 16, 2003 |

―――――――――――――――――――――X

### NOTICE OF TAKING OF DEPOSITION
### UPON ORAL EXAMINATION OF PARTY

PLEASE TAKE NOTICE that pursuant to F.R.C.P. 30, the plaintiff in the above-entitled action will take the deposition of **Metro-North Manager and former Chief Mechanical Officer G.R. Butt** on Monday, October 27, 2003 at 11:00 a.m., at the office of Cahill & Goetsch, P.C., 43 Trumbull Street, New Haven, Connecticut, upon oral examination pursuant to the Federal Rules of Civil Procedure before an Official Court Reporter, or before some other competent authority.

The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

exh B

FOR THE PLAINTIFF

BY /s/ G. Cahill
George J. Cahill, Jr. (ct04485)
CAHILL & GOETSCH, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was faxed and mailed, postage prepaid, on this 16th day of October, 2003, to Cathleen Giannetta, Esq., Landman Corsi Ballaine & Ford, P.C., 120 Broadway, 27th Floor, New York, New York 10271.

/s/ G. Cahill
George J. Cahill, Jr.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---------------------------------------------X

MICHELLE PIEGER, AS ADMINISTRATRIX  
FOR THE ESTATE OF JEFFREY MICHAEL PIEGER,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY,

    Defendant

CIVIL ACTION

NO.  3:02CV00749 (SRU)

SEPTEMBER 26, 2003

---------------------------------------------X

### PLAINTIFF'S SECOND SET OF INTERROGATORIES TO BE ANSWERED BY THE DEFENDANT METRO-NORTH RAILROAD COMPANY

Q1. Does the defendant Metro-North use a specific shuttle wagon to move cars at its Wheel True Mill in the New Haven Passenger Yard? If so:

    (a) When was it delivered to the New Haven Yard?

    (b) What was its purchase price?

    (c) When were the tires modified and/or changed to a narrower tire for use in the Wheel True Mill?

    (d) When was it removed from service due to a cut in the sidewall of a tire?

Exh C

(e) When did the Railroad request Charlie's Tire Repair to repair or replace the tire with the cut sidewall?

(f) When did Charlie's Tire replace the tire with the cut sidewall?

Q2. Who made the decision to remove the plywood wind screen?

Q3. Who made the decision to connect the button on the control stand to operate the idler rollers?

FOR THE PLAINTIFF,

By_____
George J. Cahill, Jr. (ct04485)
CAHILL & GOETSCH, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 26th day of September, 2003, to Cathleen Giannetta, Esq., Landman Corsi Ballaine & Ford, P.C., 120 Broadway – 27th Floor, New York, New York 10271.

_____
George J. Cahill, Jr.