TOTAL TIME: ___ hours ___ minutes    HONORABLE Stefan Underhill
DEPUTY CLERK Mertz    RPTR/ERO/TAPE Caturci

DATE 12-18-03    START TIME 10:00    END TIME _____
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. 3:02cv749 (SRU)

Pieper
vs.
Metro North

George Cahill
Charles Goetsch
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

William Cobb
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION
DOCUMENT NO.

☑ #40 Motion to Compel — ☑ granted ☐ denied ☐ advisement
☑ #45 Motion for Protective Order — ☐ granted ☑ denied ☐ advisement

The Court awards the costs of filming in the amount of $540.00

____ Hearing continued until _____ at _____