# United States District Court
# District of Connecticut

| | | |
|---|---|---|
| Michelle Pieger | : | |
| *Plaintiff* | : | |
| v. | : | Case No. 3:02cv749 |
| | : | |
| Metro-North Railroad | : | |
| *Defendant* | | |

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to <u>Magistrate Judge William I. Garfinkel</u> for the following purposes:

____  All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

____  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____  To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

____  A ruling on the following motions which are currently pending: (orefm.)
Doc#

**✖**  A settlement conference (orefmisc./cnf.)

____  A conference to discuss the following: (orefmisc./cnf.)

____  Other: (orefmisc./misc)


SO ORDERED this __18th__ day of __December__, __2003__ at Bridgeport, Connecticut.


　　　　　　　　　　　　　　/s/ Stefan R. Underhill
　　　　　　　　　　　　　　　Stefan R. Underhill
　　　　　　　　　　　　　　　United States District Judge