UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____X

MICHELLE PIEGER, AS ADMINISTRATRIX  CIVIL ACTION
FOR THE ESTATE OF JEFFREY MICHAEL PIEGER,

NO.  3:02CV00749(SRU)

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY,

    Defendant                                    December 18, 2003

_____X

### PLAINTIFF'S NUN PRO TUNC MOTION TO EXTEND THE DISCOVERY DEADLINE

The plaintiff seeks an extension of time to complete discovery, <u>nun pro tunc,</u> from November 15, 2003 up to and including February 20, 2004.

In support hereof, the plaintiff states the following:

1. This is her sixth motion to extend the deadline for completing discovery.

2. The remaining discovery that needs to be completed was discussed at today's hearing before the Court.

3. On this 18th day of December, undersigned counsel contacted one of Metro-North's attorneys, William Cobb, and he consented to the instant motion.

**Oral Argument Not Requested**

2

WHEREFORE, the plaintiff respectfully requests an extension of the discovery deadline, nunc pro tunc, from November 15, 2003 to February 20, 2004.

FOR THE PLAINTIFF,

BY_____
Scott E. Perry (ct17236)
CAHILL & GOETSCH, P.C.
43 Trumbull Street
New Haven, Connecticut  06511
(203) 777-1000

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 18th day of December, 2003, to William W. Cobb, Esq., Landman Corsi Ballaine & Ford, P.C., 120 Broadway – 27th Floor,  New York, New York 10271.

_____
Scott E. Perry

2