UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHELLE PIEGER                    :
                                   :
    v.                             :        3:02cv749 (SRU)
                                   :
METRO-NORTH RAILROAD               :

**SCHEDULING ORDER**

This case shall proceed as follows:

1. The Joint Pre-trial memorandum shall be filed by **March 8, 2004**.

2. Jury Selection shall be held on **March 11, 2004.**

3. Trial shall commence on **March 22, 2004.**

It is so ordered.

Dated at Bridgeport this 22nd day of December 2003.

                                            /s/ Stefan R. Underhill
                                            Stefan R. Underhill
                                            United States District Judge