disk

54

m extend

FILED

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2003 DEC 19 P 12: 56

---X

MICHELLE PIEGER, AS ADMINISTRATRIX
FOR THE ESTATE OF JEFFREY MICHAEL PIEGER,

CIVIL ACTION

NO. 3:02CV00749(SRU)

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY,

Defendant

December 18, 2003

---X

## PLAINTIFF'S NUN PRO TUNC
## MOTION TO EXTEND THE DISCOVERY DEADLINE

The plaintiff seeks an extension of time to complete discovery, nun pro tunc, from November 15, 2003 up to and including February 20, 2004.

In support hereof, the plaintiff states the following:

1. This is her sixth motion to extend the deadline for completing discovery.

2. The remaining discovery that needs to be completed was discussed at today's hearing before the Court.

3. On this 18th day of December, undersigned counsel contacted one of Metro-North's attorneys, William Cobb, and he consented to the instant motion.

**Oral Argument Not Requested**

GRANTED; ABSENT OBJECTION.
SO ORDERED.
Stefan R. Underhill, U.S.D.J.