UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

March 5, 2004

2:00 p.m.

Held

3 hours

CASE NO. 3:02cv749 (SRU)    Pieger vs. Metro-North Railroad

George J. Cahill Jr.
Cahill & Goetsch
43 Trumbull St.
New Haven, CT 06511


William W. Cobb
Landman Corsi Ballaine & Ford
50 Union Ave.
New Haven, CT 06519


Cathleen Ann Giannetta
Landman Corsi Ballaine & Ford
Offices of
National Railroad Passenger Corp.
50 Union Ave.
New Haven, CT 06519

Charles C. Goetsch
Cahill & Goetsch
43 Trumbull St.
New Haven, CT 06511


Brian M. Molinari
Landman Corsi Ballaine & Ford
120 Broadway
27th Floor
New York, NY 10271-0079

Scott E. Perry
Cahill & Goetsch
43 Trumbull St.
New Haven, CT 06511




BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK