FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 MAR -9  P 12: 57

U.S. DISTRICT COURT
BRIDGEPORT. CONN

———————————————————X

MICHELLE PIEGER, AS ADMINISTRATRIX
FOR THE ESTATE OF JEFFREY MICHAEL PIEGER,

CIVIL ACTION

NO. 3:02CV00749(SRU)

      Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY,

      Defendant

MARCH 9, 2004

———————————————————X

## JOINT TRIAL MEMORANDUM

1.  **TRIAL COUNSEL:**

    *For the Plaintiff*
    George J. Cahill, Jr., Esq.
    Charles C. Goetsch, Esq.
    CAHILL & GOETSCH
    43 Trumbull Street
    New Haven, Connecticut  06511
    (203) 777-1000

    *For the Defendant*
    Cathleen Giannetta, Esq.
    William W. Cobb, Esq.
    Landman Corsi Ballaine & Ford
    120 Broadway – 27th Fl.
    NY, NY 10271
    212-238-4800

2.    **JURISDICTION:**

This Court has subject matter jurisdiction in this case pursuant to the Federal Employers'

Liability Act, 45 U.S.C. § 51 et seq.  Venue properly lies in this Court pursuant to 45 U.S.C. §

56.

3.    **JURY/NON-JURY:**

This case will be tried before a jury.

4.    **LENGTH OF TRIAL:**

This case will require approximately five days of testimony.

5.    **FURTHER PROCEEDINGS:**

The parties anticipate the need for oral argument on any motions in limine.

6.    **NATURE OF CASE:**

This is a wrongful death action against the defendant Metro-North Railroad Company.

7.    **STATEMENT OF THE CASE:**

This is a case about a 36 year old Metro-North machinist who was crushed by a train against a

machine in a Metro-North Shop called the New Haven Wheel Mill.

8.    **TRIAL BY MAGISTRATE JUDGE:**

The parties do not agree to proceed with trial before a Magistrate Judge.

9.    **LIST OF WITNESSES:**

   A. **PLAINTIFF'S LIST OF WITNESSES**

*List A:  Plaintiff's List of Witnesses She Expects to Call:*

**Michelle Pieger, Wife of Decedent, 261 West Rutland Road, Milford, CT 06460**

Ms. Pieger is expected to testify concerning the life of the decedent, including his

relationship with his children and her.

**Donald Pieger, Son of the Decedent, 261 West Rutland Road, Milford, CT 06460**

Donald. Pieger is expected to testify concerning the life of the decedent, including his relationship with Donald and his daughters.

**Donald Brodeur, Father-in-law of Decedent, Milford, CT**

Mr. Brodeur is expected to testify concerning the life of the decedent, including his relationship with his children and wife.

**John Hogan, Metro-North Shop Superintendent, 126 Clintonville Rd., North Haven, CT**

Mr. Hogan is expected to testify concerning the circumstances surrounding the decedent's death and the operation of the Wheel True Mill.

**William Duke, Metro-North Chief Mechanical Officer**

Mr. Duke is expected to testify concerning the circumstances surrounding the decedent's death and the operation of the Wheel True Mill.

**G.R. Butt, Chief Mechanical Officer, Address not available.**

Mr. Butt is expected to testify concerning the Renert Committee evaluation of car movements in Metro-North shops.

**Michael Gagliardi, Metro-North General Foreman, 1921 Boston Post Road, Westbrook, CT. 06498**

Mr. Gagliardi is expected to testify concerning the circumstances surrounding the decedent's death, the operation of the Wheel True Mill, and conversations with the decedent.

**Kelly McGowan, Metro-North Foreman, 1018 West St., Guilford, CT**

Mr. McGowan is expected to testify concerning the circumstances surrounding the decedent's death, the operation of the Wheel True Mill, and conversations with the decedent.

**William Mitchell, Metro-North Machinist, 15 Merrick Dr., North Branford, CT.**

Mr. Mitchell is expected to testify concerning the circumstances surrounding the decedent's death, conversations with the decedent, and as the only eye witness to the decedent being crushed by the train.

**John Marotto, Metro-North Machinist, 21 Turner Dr., North Haven, CT**

Mr. Marotto is expected to testify concerning the circumstances surrounding the decedent's death, conversations with the decedent, and the treatment he provided to the decedent.

**John Rienzo, Metro-North Electrician/Mechanical Foreman, 300 Twin Lakes Road, North Branford, CT**

Mr. Rienzo is expected to testify concerning the circumstances surrounding the decedent's death, the operation of the Wheel True Mill, and conversations with the decedent.

**Charles Barnsley, Metro-North Lead Foreman- Address not available.**

Mr. Barnsley is expected to testify concerning his training of Metro-North employees to operate the Shuttlewagon.

**Mark Campbell, Metro-North Safety Officer, Address not available.**

Mr. Campbell is expected to testify concerning the circumstances surrounding the decedent's death and the operation of the Wheel True Mill.

**Michael Carrano, New Haven Fire Department, 37 Scenic Road, Madison, CT 06433**

Mr. Carrano is expected to testify about his observations and treatment of the decedent, as well as any discussions he had with decedent.

**Kathy Tsou, American Medial Response Employee, address unknown.**

Ms. Tsou is expected to testify about her observations and treatment of decedent as well as any discussions she had with decedent.

**Ira J. Kanfer, M.D., Associate Medical Examiner, State of Connecticut Office of the Chief Medical Examiner, 11 Shuttle Road, Farmington, CT**

Dr. Kanfer is expected to testify concerning his post mortem observations and findings regarding the decedent as set forth in the CME Office's reports.

**Arthur W. Wright, Ph.D., 147 Hillyndale Road, Storrs, Connecticut 06268**

Arthur Wright will testify concerning his economic appraisal of the decedent as set forth in Dr. Wright's Rule 26(a) written report.

**Representative of the Metro-North Benefits Department**

A representative of the Metro-North Benefits Department is expected to testify regarding wages and benefits applicable to machinists such as the decedent, Jeffrey Pieger

**Metro-North Employee(s) regarding wages and overtime records**

Metro-North employee(s) necessary to identify and authenticate the Metro-North machinist wage rates and Metro-North machinist overtime records produced by Metro-North

***List B:*** ***Plaintiff's List of Witnesses She*** ***May*** ***Call:***

**Joe Kanell, Metro-North Asst. Superintendent**

      Mr. Kannell is expected to testify concerning his investigation of the fatality and the rules and regulations of the Railroad

**Wayne Kimball, Metro-North employee, 66 Bennett Rd, East Haven, CT**

      Mr. Kimball is expected to testify concerning the circumstances surrounding the decedent's death.

**Daniel Fearnly, family friend of Stratford, CT**

      Mr. Fearnly is expected to testify concerning the life of the decedent, including his relationships with his children and wife.

**Patricia Gambredella, family friend, of Orange, CT**

      Ms. Gambredella is expected to testify concerning the life of the decedent, including his relationships with his children and wife.

**Melissa Wilson, of the Bridges in Milford, CT**

      Ms. Wilson is expected to testify concerning Donald Pieger's relationship with the decedent and Donald's therapy after his father's death, including Donald's hand written scrapbook regarding his father.

**Arthur Mascola, Metro-North employee. Address not available.**

      Mr. Mascola is expected to testify concerning the circumstances surrounding the decedent's death.

**James Grimes, Metro-North employee. Address not available.**

      Mr. Grimes is expected to testify concerning the circumstances surrounding the decedent's death.

**Russ Friedler, Metro-North employee. Address not available.**

      Mr. Friedler is expected to testify concerning the circumstances surrounding the decedent's death.

**Tom Ducci, Metro-North employee. Address not available.**

      Mr. Ducci is expected to testify concerning the operation of the Wheel True Mill and the circumstances surrounding the decedent's death.

**John Soleski, Metro-North employee. Address not available.**

Mr. Soleski is expected to testify concerning the operation of the Wheel True Mill and the circumstances surrounding the decedent's death.

**Tom Nugent, Metro-North employee**

Mr. Nugent is expected to testify concerning the circumstances surrounding the decedent's death.

**Anthony Amato, Metro-North employee**

Mr. Amato is expected to testify concerning the safe operation of the Wheel True machine.

**Norman Brown, International Assoc. of Machinists & Aerospace Workers**

Mr. Brown is expected to testify concerning the decedent's duties, functions, and responsibility in performance of the job and rules and regulations pertaining to machinists.

**John Burns, International Assoc. of Machinists & Aerospace Workers**

Mr. Burns is expected to testify concerning the decedent's duties, functions, and responsibility in performance of the job and rules and regulations pertaining to machinists.

**Peter Waznis, Metro-North General Foreman, Cooper Lane, Hamden, CT.**

Mr. Waznis is expected to testify concerning the circumstances surrounding the decedent's death.

**William Beonco, Metro-North Foreman.**

Mr. Beonco is expected to testify concerning the circumstances surrounding the decedent's death.

**Alex Esposito, American Medial Response Employee, address unknown.**

Mr. Esposito is expected to testify about his observations and treatment of decedent as well as any discussions he had with decedent.

**Alfredo Camargo, Medicolegal Death Investigator, State of Connecticut Office of the Chief Medical Examiner, 11 Shuttle Road, Farmington, CT**

Mr. Camargo is expected to testify concerning his investigation of the fatality of decedent.

**Roy Staron, Decedent's co-worker**

Mr. Staron is expected to testify concerning the operation of the Wheel True Mill and working with the decedent.

**Edie McCalmon, Decedent's co-worker**

Mrs. McCalmon is expected to testify concerning the operation of the Wheel True Mill and working with the decedent.

**Robert Ferraiola, Decedent's co-worker**

Mr. Ferraiola is expected to testify concerning the operation of the Wheel True Mill and working with the decedent.

**Salvatore Savo, Decedent's co-worker**

Mr. Savo is expected to testify concerning the operation of the Wheel True Mill and working with the decedent.

**John Lacey, Decedent's co-worker**

Mr. Lacey is expected to testify concerning the operation of the Wheel True Mill and working with the decedent.

**Richard Hardman, Metro-North Training**

Mr. Hardman is expected to testify concerning the safe operation of the Shuttlewagon.

**Herbert Renert, 6 Dayton Circle in Trumbull, Connecticut 06611**

Mr. Renert is expected to testify about the facts and circumstances surrounding his injuries and notice his injuries provided to Metro-North about the dangers involved in moving Rail Cars with a method that allows Rail Cars to roll freely without positive control of Rail Cars' movement and stopping.

**Ray Cox, Connecticut Department of Transportation**

Mr. Cox is expected to testify concerning his investigation of the fatality of decedent.

**Mike Donaramo, Connecticut Department of Transportation**

Mr. Donaramo is expected to testify concerning his investigation of the fatality of decedent.

**MTA Detective Brian Sullivan, MTA Police Department, 347 Madison Ave., NY, NY**

Mr. Sullivan is expected to testify concerning his investigation of the fatality of decedent.

**Lt. Robert O'Neill, MTA Police Department, 347 Madison Ave., NY, NY**

Mr. O'Neill is expected to testify concerning his investigation of the fatality of decedent.

**Sgt. John Mullen, MTA Police Department, 347 Madison Ave., NY, NY**

Mr. Mullen is expected to testify concerning his investigation of the fatality of decedent.

**Sgt. T. Bennett, MTA Police Department, 347 Madison Ave., NY, NY**

Mr. Bennett is expected to testify concerning his investigation of the fatality of decedent.

**P.O. Mark Hogan, MTA Police Department, 347 Madison Ave., NY, NY**

Mr. Hogan is expected to testify concerning his investigation of the fatality of decedent.

**Edward Cumuso, MTA Police Dept., 347 Madison Ave., NY, NY**

Mr. Cumuso is expected to testify concerning his investigation of the fatality of decedent.

**Police Officer Raymond M. Russell, MTA Police Department, 347 Madison Ave., NY, NY**

Mr. Russell is expected to testify concerning his investigation of the fatality of decedent.

**Mary Walsh, Metro-North Claims Manager**

Ms. Walsh is expected to testify concerning her investigation of the fatality and the rules and regulations of the Railroad

**Anne Kirsch, Metro-North Safety & Claims Dept.**

Ms. Kirsch is expected to testify concerning her investigation of the fatality and the rules and regulations of the Railroad

**S. Herrington, Metro-North Superintendent**

Ms. Herrington is expected to testify concerning her investigation of the fatality and the rules and regulations of the Railroad

**Frank Schiethelm, Metro-North Facility Director**

Mr. Schiethelm is expected to testify regarding the operation of the New Haven Wheel True Mill.

**Harry Haber Metro-North Engineer**

Mr. Haber is expected to testify concerning the Metro-North Shuttle Wagons.

**Representative from Charles Tire**

A representative from Charles Tire is expected to testify concerning the replacement of tires on Metro-North Shuttle Wagon #3.

**Tommy Quinn Metro-North General Foreman**

Mr. Quinn is expected to testify concerning the circumstances surrounding the decedent's death.

**Billy Johns Metro-North General Foreman**

Mr. Johns is expected to testify concerning the circumstances surrounding the decedent's death.

**Lawrence Esposito**

Mr. Esposito is expected to testify concerning the re-enactment.

**Anthony Conti**

Mr. Conti is expected to testify concerning the re-enactment.

**Cosmo Del Russo**

Mr. Del Russo is expected to testify concerning the re-enactment.

**Anthony Maru-Desario**

Mr. Maru-Desario is expected to testify concerning the re-enactment.

**Representative of Simmons Stanray**

A representative of Simmons Stanray is expected to testify concerning the wheel truing machine.


**B. DEFENDANT'S LIST OF WITNESSES**

*List A: Defendant's List of Witnesses it Expects to Call:*

All witnesses listed by plaintiff without waiving appropriate objections.

All necessary impeachment witnesses.

All necessary foundation witnesses.

All necessary rebuttal witnesses.

**Robert Ferraiolo, Metro- North Employee**

Mr. Ferraiolo is expected to testify about wheel truing operations and his experience working with the decedent.

**Salvatore Savo, Metro-North Employee**

Mr. Savo is expected to testify about wheel truing operations and his experience working with the decedent.

**Edie McClalmon, Metro-North Employee**

Mrs. McClalmon is expected to testify about wheel truing operations and his experience working with the decedent.

***List B****: Defendant's List of Witnesses it **May** Call:*

**Mark Gagnon, Metro-North Employee**

Mr. Gagnon is expected to testify regarding his investigation of the accident and the rules and regulations of the railroad.

**William Mahoney, Metro-North Employee**

Mr. Mahoney is expected to testify regarding his investigation of the accident and the rules and regulations of the railroad.

**10.    DEPOSITION TESTIMONY:**

At this time, the plaintiff anticipates all witnesses will be available to testify at trial, but reserves his right to use of depositions at trial pursuant to F. R. Civ. P. 32.

**11.    EXHIBITS:**

***List A:*** *Plaintiff's List of Exhibits She Expects To Offer At Trial*

1. City of New Haven Department of Fire Service Incident Report, 3/5/02
2. Fire Narrative Report, 3/5/02
3. EMSIRS Report, 3/5/02
4. American Medical Response Report, 3/5/02
5. Medical Records from Yale-New Haven Hospital, 3/5/02
6. MTA Police Department Accident Report, 3/5/02
7. Death Certificate, 3/7/02
8. Medical Examiner's Report, 3/27/02
9. Autopsy Photographs

10. Track Mobile or Shuttlewagon Operator Training Course 63B05 Manual
11. Mechanical Department Shop Facilities Car and Locomotive Movement Evaluation dated March 24, 1998 (Final)
12. Wood Chock
13. Photographs of Accident Site taken by G.F. Michael Gagliardi
14. January 14, 1998 New Haven Shop attendance sheet (1p.)
15. January 15, 1998 Metro-North Memo from M. Walsh to Robert Butt (1 p.)
16. February 3, 1998 Stamford Shop Attendance List
17. February 9, 1998 Metro-North Memo from M. Walsh to Rober Butt (2p.)
18. February 10, 1998 New Haven Training Center Attendance List (1p.)
19. February 11, 1998 Metro-North Memo from M. Walsh to Robert Butt (1p.)
20. Video taken of plaintiff's inspection on 1/30/04
21. Photographs taken at plaintiff's inspection on 1/30/04
22. Video re-enactment
23. Video profile of Jeffrey Pieger
24. Donald Pieger's hand written scrap book about his father
25. Capstan Rope and Hook
26. Interrogatory Answers
27. Metro-North Safety Rules (whole book)
28. Metro-North Safety Rule 9176
29. Movement Of Equipment With The Car Mover (MN Manual dated 10/26/99)
30. Car Mover Operator Qualification Attendance Sheets (11/99 through 1/00 (one on 8/13/02))
31. 5/13/02 Payment Receipt for $397.42 to Charles Tire Repair Inc.
32. Portions of Kelly McGowan's March 13, 2003 Deposition Transcript
33. Portions of Michael Gagliardi's March 13, 2003 Deposition Transcript
34. Portions of John Hogan's August 5, 2003 Deposition and January 28, 2004 Deposition Transcripts
35. Portions of Williams Duke's August 7, 2003 Deposition Transcript
36. Portions of John Rienzo's September 17, 2003 Deposition Transcript
37. Portions of Charles Barnsley's September 17, 2003 Deposition Transcript
38. Portions of Mark Campbell's August 7, 2003 Deposition Transcript
39. Portions of Robert Butt's January 28, 2004 Deposition Transcript
40. Portions of Michael Carrano's October 25, 2002 Deposition Transcript (only if unavailable to testify)
41. Metro-North Machinists Overtime Printout for 2000, 2001 and 2002 (1 p.)
42. Metro-North Payroll Records from date of hire to March 5, 2002
43. December 30, 1997 Metro-North Memo from M. Walsh to Robert Butt (1p)
44. December 30, 1997 Committee Meeting at Stamford Shop Attendance Sheet (1p.)

**List B: Plaintiff's List Of Exhibits She _May_ Offer At Trial**

45. Mike Gagliardi's undated statement
46. Kelly McGowan's undated statement
47. March 6, 2002 dated fax to Laureen Coyne from Charles Goetsch
48. Car Mover Tests given to Billy Mitchell dated 12/7/99
49. Life expectancy chart (1p.)

**B. DEFENDANT'S LIST OF EXHIBITS**

All exhibits listed by plaintiff without waiving appropriate objections.

All exhibits necessary for impeachment and rebuttal.

A. The Ten Item Report, Fatality-Jeff Pieger (Complete report).

B. Photographs of the wheel mill taken on March 2, 2004.

## 12.    ANTICIPATED EVIDENTIARY PROBLEMS/MOTIONS IN LIMINE:

## 13.    STIPULATIONS OF FACT AND LAW:

1. At the time of the decedent's death, the defendant Railroad was engaged in interstate commerce and the decedent Jeffrey Pieger was employed in furtherance of said commerce.

## 14.    TRIAL TO COURT/JURY:

This is a jury trial.  Proposed Voir Dire, Jury Instructions, and General Verdict Form attached hereto.

## 15.    AVAILABILITY OF WITNESSES:

Each party shall ensure the availability at trial of each witness listed by that party unless the Court and counsel are advised to the contrary not less than forty-eight (48) hours prior to the commencement of the evidence.

# Plaintiff's Expert Report

# BIOGRAPHY

## *ARTHUR W. WRIGHT*

August 2003

**ADDRESS AND PHONE NUMBERS:**

**Office (secondary)**
Department of Economics
University of Connecticut, Unit 1063
341 Mansfield Road
Storrs, CT 06269-1063
FAX: 860-486-4463
E-Mail: none

**Home (primary)**
147 Hillyndale Road
Storrs, CT 06268
860-429-9958

FAX: 860-429-3935
E-Mail: wrightstuff62@hotmail.com

**EDUCATION:**

| | | | |
|---|---|---|---|
| Ph.D. in Economics | 1969 | Massachusetts Institute of Technology |
| B.A. in Economics (with Honors) | 1960 | Haverford College |

**RESEARCH SPECIALIZATIONS:**
Industrial Organization
Regulation of Markets
Law and Economics
Federal Taxation

**PROFESSIONAL EXPERIENCE:**

### Academic

| | |
|---|---|
| 1979 - Present | Professor of Economics, Univ. of Conn.; half-time, 1999-2001; emeritus, 2001- |
| 2000 - Present | Co-editor, *The Connecticut Economy* (Dept. of Economics, Univ. of Conn.) |
| 1976 - 1979 | Associate Professor of Economics, Purdue Univ. |
| 1969 - 1976 | Asst., Assoc. Professor of Economics, Univ. of Mass./Amherst |
| 1967 - 1969 | Research Staff Economist, Economic Growth Center, Yale Univ. |
| 1964 - 1967 | Instructor, Assistant Professor of Economics, Oberlin College |
| Spring 1985 | Visiting Professor of Management, MIT |
| 1980 - 1987 | Visiting Scientist, MIT Energy Laboratory |
| 1983, 1984, 1985 | Outside Examiner, Wesleyan University, University of Madras |
| Summer 1965 | Visiting Lecturer, University of Michigan |

### Administrative

| | |
|---|---|
| 1979 - 1989 | Head, Dept. of Economics, University of Connecticut (Spring 1993: Acting) |
| 1977 - 1982 | Co-Associate Director, Project on "Soviet Resources in the World Economy" (NSF Grant) |
| 1970 - 1972 | Director of Graduate Studies, UMass/Amherst |

### Boards, Committees, and Task Forces

| | |
|---|---|
| 1995 - 1998 | Chair, Committee on Curricula and Courses, College of Liberal Arts and Sciences, University of Connecticut |
| 1991 - 1994 | Faculty Review Board, University of Connecticut (Provost's Office) |

2

### Boards, Committees, and Task Forces (cont.)

| | |
|---|---|
| 1990 - 1993 | Exec. Committee, Amer. Assn. of Univ. Professors, Univ. of Conn. |
| 1989 - 1995 | Advisory Board, Inst. for African-American Studies, Univ. of Conn. |
| 1987 - 1990 | President's Advisory Comm. on Affirmative Action, Univ. of Conn. |
| 1970 - present | Director, Tax Analysts, Inc. (public-interest tax publisher), Washington, DC |
| 1987 - present | Acad. Advisory Board, The Yankee Inst. for Public Pol. Studies |
| 1979 - 1980 | Steering Comm. on Taxation and Energy Policy, Natl. Acad of Sciences |
| 1975 - 1976 | Task Force on Regulatory Aspects of Substitute Gas, U.S. Federal Power Comm. |

### Testimony

| | |
|---|---|
| 1991 | Connecticut Genl. Assembly, Jt. Comm. on Energy and Commerce |
| 1990 | U.S. Senate Subcommittee on Children, Families, Drugs and Alcohol |
| 1979 | U.S. Congress, Joint Economic Committee |
| 1969, 1973, 1983 | U.S. House Ways and Means Committee |
| 1969, 1974 | U.S. Senate Finance Committee |
| 1972, 1973 | Massachusetts Special Legis. Comm. on Marine Boundaries and Resources |

### Fellowships and Grants

| | |
|---|---|
| 1991 - 1992 | Friends of Sikorsky Memorial Airport, City of Bridgeport |
| 1987 - 1988 | Office of Policy and Management, State of Connecticut |
| 1984 - 1986 | Soviet Interview Project |
| 1982 - 1983 | U.S. Department of Energy |
| 1980 - 1987 | MIT Energy Laboratory |
| 1980 | Department of Public Utility Control, State of Connecticut |
| 1979 | Purdue University Automotive Research Center (DOT, DOE) |
| 1979 | U.S. Congress, Joint Economic Committee |
| 1979 | U.S. Federal Trade Commission |
| 1979 | Ford Motor Company |
| 1977 - 1981 | National Science Foundation |
| 1977 | Purdue University Energy Engineering Center |
| 1974 - 1975 | U.S. Treasury |
| 1974 | Ford Foundation |
| 1973 | Energy Policy Project |
| 1972 | Intl. Development Research Center, Indiana University |
| 1968 - 1969 | N.S.F. Postdoctoral Fellowship |
| 1962 - 1964 | Foreign Area Fellowship |
| 1961 - 1962 | N.S.F. Graduate Fellowship |
| 1960 - 1961 | Woodrow Wilson National Fellowship |

### Refereeing

| | |
|---|---|
| Journals: | J. of Industrial Economics, J. of Political Economy, J. of Economic Education, National Tax J., Land Economics, Social Science Research, Polity, International Economic Review, Decision Sciences, Eastern Economic J., Energy J., Intl. J. of Energy Systems, J. of Comparative Economics, Slavic Review |
| Other: | National Science Foundation, U.S. Department of Energy, Ford Foundation, Univ. of Conn. Research Foundation |

### Consulting

| | |
|---|---|
| 1995-1996 | Connecticut Water Company |
| 1994-1995 | Connecticut Bankers Association |
| 1992-1994 | Wheelabrator Energy Systems |

3

Consulting (cont.)

| | |
|---|---|
| 1993, 1995 | Rizzo Associates (Mohegan Casino) |
| 1993 | Foxwoods Casino, Ledyard, Connecticut |
| 1990 - 1992 | U.S. Small Business Administration |
| 1986 - 1988 | Connecticut Natural Gas Company |
| 1986 - 1988 | GLT Industries |
| 1985 - 1986 | Kerr-McGee Corporation |
| 1985 - 1986, 1989 | U.S. Federal Trade Commission |
| 1984 | Atlantic Richfield Company |
| 1984 | Commonwealth Oil and Refining Company |
| 1983 | Government of Canada |
| 1983 | Chemical Bank |
| 1983 | Bank of Boston |
| 1983 | Chicago Mercantile Exchange |
| 1983 | Meta Systems |
| 1982 | Sun Company |
| 1979 | Ford Foundation |
| 1978 | Panhandle Eastern Pipeline Company |
| 1975 - 1976 | Federal Energy Administration |
| 1975 | U.S. Office of Technology Assessment |
| 1974 - 1976 | Center for Environmental Quality, UMass/Amherst |
| 1974 - 1976 | Institute on Man and Environment, UMass/Amherst |
| 1968 | CONSAD Research Corporation |
| 1969 | U.S. Treasury |
| 1977 - 1982 | Economic Education Worskhops (12 in all) |
| ˅5 - 1972 | Expert Witness: limestone markets, U.S. Dept. of Justice |
| ˷64 - 1991 | Expert Witness: crude oil price controls and entitlements, Haynes and Boone (Dallas), Chadwell & Keyser (Chicago), Baller & Hammett (Washington) |
| 1981 - Present | Expert Witness: wrongful injury/death, antitrust, business-loss, and divorce cases |
| 1964 - Present | Reviewer for textbook and academic publishers |

Presentations

International tax practitioner meetings, NYC (October 1998), Grand Cayman (November 1999), on tax havens

American Economic Association, December Meetings (joint sessions): 1983 (IAEE), 1981 (ACES; SGE), 1978 (ACES), 1977 (ACES), 1974 (AFA), 1973 (ES), 1970 (ACES)

Federal Reserve Bank of Boston, Conference on "Casino Development: How Would Casinos Affect New England's Economy?," June 1, 1995

University of Connecticut Workshop in Industrial Organization and Applied Microeconomics, 1989

16th Annual Pittsburgh Conference on Modelling, 1985

MIT Microeconomics Workshop, 1984

Lincoln Inst. of Land Policy, TRED Conference, 1983

American Enterprise Institute Conference on Natural Gas Deregulation, 1982

American Society of Public Administrators, Hartford regional meeting, 1981

International Association of Energy Economists, 1981, 1985, 1987

MIT Center for Energy Policy Research, Associates' Conferences, one or two per year, 1980 - 1987

MIT Industrial Liaison Program, 1982, 1985

American Council on Foreign Relations, 1980

IIe World Conference on Soviet-East European Studies, 1980

World Energy Conference, Munich, 1980

˷sportation Research Board, 1979

Midwest Slavic Association, 1978

4

Presentations (cont.)

NATO Roundtable, 1974
Atlantic Institute for International Affairs, Paris, 1974
Eastern Economic Association, 1974
American Association for the Advancement of Slavic Studies: 1981, 1980, 1977, 1976
Connecticut Trial Lawyers Association: 1994, 1996
Growth and Change Conference on Energy Policy, 1978
University of Alberta Conference on Soviet Energy, 1977
New England Slavic Association, 1976
Harvard Russian Research Center, 1976
U.S. Treasury Conference on Tax Research, 1975


**PROFESSIONAL MEMBERSHIPS:**
American Economics Association

**REFERENCES:**   Supplied on request.


**PUBLICATIONS:**
**Books and Monographs:**
(with R. Jensen and T. Shabad, co-editors), <u>Soviet Resources in the World Economy</u> (Chicago: University of Chicago Press, 1983).

<u>The Economics of Communist Agriculture: Selected Papers</u>, by Jerzy F. Karcz, edited, with a critical review essay, by Arthur W. Wright (Bloomington: Indiana University, International Development Institute, 1979) *(see entry under apters in Books, below)*.

<u>The Theory and Practice of Soviet Investment Planning (with Special Reference to the Mineral Fuel Industries)</u>, unpublished Ph.D. Dissertation, Massachusetts Institute of Technology, June 1969.

**Journal Articles, Notes, and Discussions:**
(with T. Miceli and K. Segerson) "The Cost of Product Liability for Small vs. Large Firms," <u>Journal of Products & Toxics Liability</u> 15:1 (1993), pp. 125-143.

(with T. R. Curlee) "Spinning Wheels: A Review Article" [on U.S. DOE, <u>Energy Security</u> (1987)], <u>Energy Journal</u> 9:2 (April 1988), pp. 1-16.

(with Henry D. Jacoby) "The Gordian Knot of Natural Gas Prices," <u>Energy Journal</u> 3:4 (October 1982), pp. 1-25; also published in Edward Mitchell, ed., <u>The Deregulation of Natural Gas</u> (Washington: American Enterprise Institute for Public Policy Research, 1983), pp. 125-148.

"Energy Policy and Deregulation: Two Hot Topics, or Does Smoke Necessarily Mean There's Fire?", <u>Growth and Change</u> 10:1 (1979), pp. 4-13.

"The Case of the United States: Energy as a Political Good," <u>Journal of Comparative Economics</u> 2:2 (June 1978), pp. 144-176; *also*, special editor of entire issue.

(with James C. Cox) "The Effects of Crude Oil Price Controls, Entitlements, and Taxes on Refined Product Prices and Energy Independence," <u>Land Economics</u> 54:1 (February 1978), pp. 1-15.

(with W. E. Tyner) "U.S. Energy Policy and Oil Independence: A Critique and a Proposal," <u>Materials and Society</u> 2:1 (February 1978), pp. 15-22.

**urnal Articles, Notes, and Discussions** (continued):

(with James C. Cox) "The Impact of the Tax Reduction Act of 1975 on the Petroleum Industry," <u>Boston College Industrial and Commercial Law Review</u> 17:5 (June 1976), pp. 805-830.

(with James C. Cox) "The Determinants of Investment in Petroleum Reserves and Their Implications for Public Policy," <u>American Economic Review</u> 66:1 (March 1976), pp. 153-167.

"Discussion [of papers on the taxation of energy and bauxite]," <u>American Economic Review</u> 65:2 (May 1975), pp. 405-406.

(with James C. Cox) "A Tariff Policy for Independence from Oil Embargoes," <u>National Tax Journal</u> 28:1 (March 1975), pp. 29-42.

"Contrasts in Soviet and American Energy Policies," <u>Energy Policy</u> 3:1(March 1975), pp. 38-46.

"Systemic Ills in Soviet Agriculture" (review article), <u>Problems of Communism</u> 24:1 (January-February 1975), pp. 51-55.

"Environmental Disruption and Economic Systems," <u>ASTE Bulletin</u> 13:1 (Spring 1971), pp. 1-16.

"The Soviet Economy," <u>Current History</u> 51:302 (1966), pp. 218-225-.

"Conversion of Collective Farms into State Farms: Further Note," <u>ASTE Bull.</u> 9:1 (Spring 1967), pp. 12-14.

**Chapters in Books:**

"High-Stakes Casinos and Economic Growth," in Robert Tannenwald, ed., Casino Development: How Would Casinos ^ect New England's Economy? (Boston: Federal Reserve Bank of Boston, October 1995), pp. 52-57.

"History as Prologue:  Lessons from Canadian and U.S. Energy Policy," in G. Watkins, ed., <u>Petro-Markets: Probing the Economics of Continental Energy</u> (Vancouver: The Fraser Institute, 1989), pp. 17-39.

(with P.R. Carpenter and H.D. Jacoby) "Adapting to Change in Natural Gas Markets," in R. Gordon et al., eds., <u>Energy: Markets and Regulation: Essays in Honor of M.A. Adelman</u> (Cambridge: MIT Press, 1986), pp. 1-27.

(with Christopher DeMuth, R.H. Shackson, and E.O. Stork) "The Regulatory Budget as a Management Tool for Reforming Regulation," in <u>Special Study on Economic Change, Vol. 5, Government Regulation: Achieving Social and Economic Balance</u> (U.S. Congress, Joint Economic Committee, 1980), pp. 141-176.

"Soviet Economic Planning and Performance Since Stalin," in Stephen F. Cohen, Alexander Rabinowitch, and Robert Sharlet, eds., <u>Continuity and Change in the USSR Since Stalin</u> (Bloomington: Indiana University Press, 1979), pp. 113-134.

"Jerzy F. Karcz and the Economics of Communist Agriculture" (critical review essay), in <u>The Economics of Communist Agriculture: Selected Papers</u>, by Jerzy F. Karcz, edited by A.W. Wright, 1979 *(see entry under Books and Monographs, above)*, pp. 3-32.

"Energy Independence: Insuring Against Disruptions of Supply," in H. Rowen et al., <u>Options for U.S. Energy Policy</u> (San Francisco: Institute for Contemporary Studies, 1977), pp. 41-59.

(with James C. Cox) "The Cost-Effectiveness of Federal Tax Subsidies for Petroleum Reserves: Some Empirical Results and Their Implications," in G.M. Brannon, ed., <u>Studies in Energy Tax Policy</u> (Boston: Ballinger Press for the Energy Policy Project, 1975), pp. 177-202.

## Chapters in Books (continued):

"The Soviet Union in World Energy Markets," in E.W. Erickson and L. Waverman, eds., The Energy Question, Volume I: The World (Toronto: University of Toronto Press, 1974), pp. 85-99.

"Soviet Energy Decisions, World Markets, and Options for Western Energy Policy," in Yves Laulan, ed., Exploitation of Siberia's Natural Resources (Brussels: NATO, 1974), pp. 133-138.

(with James C. Cox) "The Economics of the Oil Industry's Tax Burden," in The Petroleum Industry's Tax Burden, Compendium prepared for the House Committee on Ways and Means and the Senate Committee on Finance (Arlington, Va.: Taxation with Representation, 1973), pp. 5-36.

"New and Not So New in the Soviet Economy: 1967," in D. Dirscherl, ed., The New Russia (Dayton: Pflaum Press, 1968), pp. 13-36.

## Other Published Writings:

"Natural Gas Demand in the Pacific Basin," in L. Cox et al., International Gas Markets: Pacific Basin (Cambridge:MIT Center for Energy Policy Research, 1986), 65 pages (separately paginated).

"Prospects for Natural Gas Demand in Western Europe," in L. Cox et al., International Gas Markets: Western Europe (Cambridge:MIT Center for Energy Policy Research, 1986), 70 pp. (separately paginated).

"How Will Natural Gas Be Priced?," in W. Thompson and D.Deangelo, eds., World Energy Markets: Stability or Change, Proceedings of the Seventh Annual North American Conference of the IAEE (Boulder, Colorado: Westview Press, 1985), 15 pp. (separately paginated).

"National and International Aspects of Synthetic Liquid Fuels Policy," 11th World Energy Conference Papers and Proceedings, Vol. 2 (Munich, 1980), pp. 492-509.

(with James C. Cox) "Research Tasks on the Economics of Tax and Other Policies Towards Petroleum," Conference on Tax Research, 1975 (Washington: U.S. Treasury, Office of Tax Analysis, 1977), pp. 89-104.

"The Capital Market Implications of E.R.D.A.'s National Plan for Energy R.D. & D.: Creating Choices for the Future," in U.S. Congress, Office of Technology Assessment, An Analysis of the ERDA Plan and Program,Volume II: Background Papers (Washington: Government Printing Office, October 1975), pp. 107-190.

"Federal Tax Policy and the Extractive Industries: Are We Getting Our Money's Worth?", in House Ways and Means Committe, Hearings, Tax Reform 1969 (Washington: Government Printing Office, 1969), pp. 3393-3411; revised version in "Federal Tax Policy and the Natural Resource Industries," in Senate Committee on Finance, Tax Reform Act of 1969 (Washington: Government Printing Office, 1969), pp. 4654-4672.

(with J.W. Devanney III) "Price Responses to Changes in Costs in New England Petroleum Markets," Chapter I-3 in J.W. Devanney III, ed., The Georges Bank Study: Implications for New England of a Range of Hypothesized Petroleum Developments (Cambridge, Massachusetts: MIT Seagrant Office, 1973), pp. 1-47 in Chapter I-3 (separately paginated).

"The Educational Tax Credit," in Education Tax Credits, Compendium prepared for the House Committee on Ways and Means and the Senate Committee on Finance (Arlington, Va.: Taxation withRepresentation,1972), pp. 461-477.

(with James C. Cox) "Federal Tax Policy and Energy Problems," in Panel Discussions before the Committee on Ways and Means, House of Representatives, General Tax Reform (93rd Congress, 1st Session, Washington: Government Printing Office, 1973), pp. 1392-1412.

**Book Reviews:**

(with James C. Cox) "The Economics of the Financial Requirements of the U.S. Energy Industries," in Hearings before the Committee on Interior and Insular Affairs, U.S. Senate, Financial Requirements of the Nation's Energy Industries (93rd Congress, 1st Session, Washington: Government Printing Office, 1974), pp. 250-258.

(with James C. Cox) "An Economic Evaluation of S. 2806: The Energy Revenue and Development Act of 1973," in Hearings before the Subcommittee on Energy, Committee on Finance, U.S. Senate, Fiscal Policy and The Energy Crisis (93rd Congress, 1st and 2nd Sessions, Washington: Government Printing Office, 1974), pp. 1548-1561.

(with James C. Cox) "A Rebatable Tariff Proposal for Promoting Energy Independence," report to the Subcommittee on Energy, Committee on Finance, U.S. Senate, in ibid., pp. 1561-1571.

"Price Controls: A Happy Ending," Washington Post, May 24, 1974, p. A28.

Review of O.E.C.D., Harmful Tax Competition: An Emerging Global Issue (Paris, 1998), in Tax Notes International, August 17, 1998, pp. 461-3; reprinted in Tax Notes, October 5, 1998, pp. 133-5. Reply to comments in TNI, November 30, 1998, pp. 1713-7; and TN, same date, pp. 1135-7.

Review of Thane Gustafson, Crisis Amid Plenty: The Politics of Soviet Energy under Brezhnev and Gorbachev, in Energy Journal 13:1 (1992), pp. 159-161.

Review of Ed A. Hewett, Soviet Energy, Economics, and Foreign Policy, in Energy Journal 6:4 (October 1985), pp. 139-141.

Review of M.M. Kostecki, ed., The Soviet Impact on Commodity Markets, in Resources Policy 11:1 (March 1985), pp. 8.

Review of M.A. Adelman et al., Energy Resources in an Uncertain Future, in Journal of Economic Literature XXIII: 1 (March 1985), pp. 138-9.

Review of NATO, CMEA: Energy, 1980-1990: Colloquium, in Slavic Review 43:4 (Winter 1984), pp. 692-3.

Review of Ronald A. Francisco, Betty A. Laird, and Roy D. Laird, eds., Agricultural Policies in the USSR and Eastern Europe, in Russian Review 41:2 (April 1982), p. 226.

Review of Leslie Dienes and Theodore Shabad, The Soviet Energy System, in Journal of Economic Literature 18:4 (December 1980), pp. 1612-3.

Review of A.J. Klinghoffer, The Soviet Union and International Oil Politics, in Slavic Review 38:1 (March 1979), pp. 121-2.

Review of R.W. Campbell, Trends in the Soviet Oil and Gas Industry, in Slavic Review 36:4 (December 1977), p. 696.

Review of Erich Strauss, Soviet Agriculture in Perspective, in Journal of Economic Literature 49:1 (March 1971), pp. 88-89.

Review of R.W. Campbell, Economics of Soviet Oil and Gas, in Southern Economic Journal 36:2 (July 1969), pp. 94-95.

Review of Sidney Ploss, Conflict and Decision-Making in Soviet Russia: A Case Study of Agricultural Policy, 1953-1963, in Soviet Studies 17:2 (October 1965), pp. 267-268.

**Book Reviews** (continued):
Other book reviews in <u>J. of Political Economy</u>, December 1964; <u>China Quarterly</u>, July-September 1965 and July-September 1966; <u>American Political Science Review</u>, June 1968; <u>J. of Economic Literature</u>, March 1969, September 1969, March 1973, March 1977; and <u>J. of Developing Areas</u>, January 1967.

**Selected Unpublished Writings:**
(with J. Clapp, D. Heffley, S. Ray, and J. Vilasuso) <u>The Economic Impacts of the Foxwoods High Stakes Bingo & Casino on New London County and Surrounding Areas</u>, report to Foxwoods Casino, September 1993 (16 pages plus three supporting studies)

(with T. Miceli and K. Segerson) <u>Measuring the Impacts of Non-Uniform Product Liability Laws on the Cost of U.S. Goods, Phase I: Methodology and Study Design</u>, report to the U.S. Small Business Administration, February 1992, 147 pages.

(with J.M. Clapp, *et al.*) <u>Report on Connecticut's "Equalized Net Grand List" (ENGL)</u>, report to State of Connecticut, Office of Policy and Management, 1988; plus interim reports (June 1988).

<u>                                                                    August 5, 2003</u>

                                   Arthur W. Wright                   Date

# TESTIMONY OF ARTHUR W. WRIGHT, August 1999-Present (CONTINUED)

| MY FILE NAME: (ATTORNEY/CLIENT) | Attorney: | Client: | Venue: | Depo.: | Trial: | Category: (Pltf/Def) |
|---|---|---|---|---|---|---|
| McKeever/Donovan | Stuart McKeever | Robert Donovan | Hartford Federal Court | 8/15/00 | | Death (P) |
| Moniz/Clarke & Brown | Joseph Moniz (MCM) | Karen Clarke; LeRoy Brown | Bridgeport State Ct. | 1/29/2002 | | Death (P) |
| Moniz/McBride | Joseph Moniz (MCM) | Raegan McBride | Hartford State Court | 10/29/2001 | | Death (P) |
| Murphy/Elliott | Robert Murphy | Susan Elliott | Stamford State Court | 4/26/99 | 3/23/00 | Injury (P) |
| Pacifico/Coleman | Paul Pacifico | Sandra Coleman | Stam.? Bpt.? State Court | 9/11/200 | | Death (P) |
| Padwa/Jarvis | Jeffrey Padwa (MSB)* | Linda Jarvis | Prov., R.I., State Court | | 4/17/01 | Injury (P) |
| Parenteau/Wagner | Jacques Parenteau (MPP)* | Kevin Wagner | New London St. Ct. | | 9/17/99 | Injury (P) |
| Parenteau/Webster et al. | idem. | Patricia Webster et al. | Norwich State Ct. | | | Defamation (P) |
| | idem. | idem. | | | | Defamation (P) |
| Phillips/Bruno | Susan Phillips (SSWBGG)* | Jeanne Bruno | Hartford Federal Court | 7/19/2002 | 5/6/2003 | Termination (P) |
| Power/Dualit | Patrick E. Power; Howd, Lavieri & Finch | Dualit, Ltd. | Hartford Federal Court | 3/1/00; 11/8/00 | | Contract (P) |
| Presley/Durkin | Peter Prestley (MPP)* | Marguerite Durkin | Hartford Federal Court (?) | 11/5/2001 | | Termination (P) |
| Presley/Li | Peter Prestley (MPP)* | JiSong Li | Hartford Federal Court | 6/15/01 | | Termination (P) |
| Rosenthal/Shell | Lawrence Rosenthal; Rogin, Nassau, Caplan, Lassman & Hirtle | Shell Oil Products | New Britain State Ct. | 8/4/01 | | Contract |
| Teitel/Boyd | Ernest Teitell (SGT)* | Denise Boyd | Stamford State Ct. | | 2/1-2/00 | Death (P) |
| Tromble/JWDs | Katherine Tromble; Williams & Connolly | Jacobs Warehouse Distributors (JWDs) | Norwich State Ct. | 9/25-26/01 | | Contract |
| Velardi/Pelletier | Frank B. Velardi, Jr.; Lasala, Walsh & Wicklow | Norman Pelletier | New Haven State Court ? | 7/26/00 | | Injury (P) |
| von Kuhn/Travelers | Philip von Kuhn; Bai, Pollock & Coyne | The Travelers | Arbitration, Bridgeport | | 12/13/99 | P.V. of disability benefits (D) |
| Weinstein/Kennedy | Philip M. Weinstein | Jack Kennedy | Prov., R.I., State Ct. | | | Death (P) |
| Zaccardelli/Grant | Lisa Zaccardelli; Levy & Droney | Lawrence Grant | Federal Court (Conn.)-H.? | 8/19/99 | 10/2/2002 | Termination (P) |

\* CGD = Cahill, Goetsch & DiPersia
DeLW = DeLuca & Weizenbaum
KKB = Koskoff, Koskoff & Bieder
JGBD = Jacobs, Grudberg, Belt & Dow
MCM = Moniz, Cooper & McCann
MPP = Madsen, Prestley & Parenteau

MSB = Mandell, Schwartz & Boisclair
MSH = Marinelli, Sauer & Hartshorn
SGT = Silver, Golub & Teitell
SKNG = Speiser, Krause, Nolan & Granito
SSWBGG = Sulsman, Shapiro, Wool, Brennan, Gray & Greenberg
WRKK = Wofsey, Rosen, Kweskin & Kurlansky

**LAST UPDATED: 8/5/03**

# REPORT TO ATTORNEY GEORGE CAHILL
## ON THE LOST EARNING CAPACITY AND
## THE VALUE OF HOUSEHOLD SERVICES OF

## *JEFFREY PIEGER*

by

Arthur W. Wright, Ph.D.

October 2003

I calculate the loss to the estate of Jeffrey Pieger, because of untimely death on March 5, 2002, to total $1,966,697 in present value as of October 1, 2003. The total loss is the sum of (I) his earning capacity and (II) the value of his household work. The present value of his earning capacity comes to $1,850,965. The present value of his household services is $115,732. Tables 1 and 2, appended to this report, show the detailed calculations of (respectively) Mr. Pieger's earning capacity and the value of his household work.

My calculations are based on information provided by your office; on publicly available economic data; and on conventional methods of economic analysis. The information from you consists of (1) a letter from him to me; (2) a brief summary of Mr. Pieger's vital statistics, family circumstance, education, and employment history; (3) information on the fringe benefits provided by Mr. Pieger's employer, Metro-North Railroad; (4) a document titled "Machinists Overtime-2000, 2001, 2002"; and (5) a set of documents from Mr. Pieger's personnel file at Metro-North.

The publicly available data consist of (a) information on the Railroad Retirement System that I obtained from the website of the Railroad Retirement Board; (b) the 2002 rules and rates for both Connecticut and Federal income taxes, together with the legislative changes made in 2003; (c) the Consumer Expenditure Survey, February 2002, from the U.S. Bureau of Labor Statistics (BLS); (d) the Consumer Price Index for all urban consumers, CPI-U, also from the BLS; (e) a publication titled *The Dollar Value of Household* Work, revised edition, by W. Keith Bryant, Cathleeen D. Zick, and Hyoshin Kim (Ithaca, NY, 1993); and (f) a discount rate constructed (in a manner widely used by economists) from time series since the late 1940s on market yields on 3-month U.S.

Treasury bills, corrected for expected inflation from the Livingston Survey of Business Economists (now published by the Federal Reserve Bank of Philadelphia). Such a discount rate is referred to as "real" because inflation is taken out. I apply an *after-tax* real discount rate (actually, a conservatively high value of said rate, 2 percent per year, making future magnitudes smaller in present value than with a lower rate) because the earnings on any judgment awarded in this case would be subject to income taxes.

The methods of economic analysis used are discussed as applicable in what follows.

Mr. Pieger was 36.16 years old when he died. His normal life expectancy was another 40.35 years, putting his normal expected date of death on or about July 10, 2042, at 76.51 years of age.

All calculations are in constant 2002 prices, so that the effects of any price inflation are netted out.

# I. Earning Capacity

Mr. Pieger's net earning capacity in any given year, 2002-2042, is equal to his projected **gross money earning capacities**, less the state and Federal **income taxes** due thereon, plus the nontaxable **fringe benefits** paid for by his employers, less his basic individual **living expenses**.

## A. Gross Money Earning Capacity

Jeffrey Pieger began working at Metro-North on May 7, 2001. When he died on March 5, 2002, he was earning $19.16 per hour, which was equal to 80 percent of the entry rate for machinists at Metro-North, inclusive of a contractual increase of 3 percent on January 1, 2002. On May 7, 2002, the anniversary date of his employment, he would have begun receiving 85 percent of the entry rate, or $20.36 per hour. Metro-North machinists are currently working without a new union contract; I assume that (once a new contract is signed) it will provide for at least a 3 percent increase, equal to the increase in 2002, effective January 1 of the years 2003-2005. Mr. Pieger would have moved up to 90 percent of the entry rate on May 7, 2003, and to 100 percent on May 7, 2004.

Metro-North machinists were eligible for overtime work, paid (I assume) at time-and-a-half. In 2001, Jeffrey Pieger worked 8 hours of overtime (about 12 hours at an annual rate), and in 2002, prior to his death, again 8 hours (nearly 46 hours at an annual rate). Judging from the list of machinists' overtime hours that you provided, Metro-North machinists who want the overtime work tend to get more hours, the longer they work there; the most overtime hours worked by an individual in a year ranged from 488 in 2000 up to 887 in 2002. The average per machinist, however, ranged from about 134 in 2001 to about 221 in 2002. To be conservative, I assume that Mr. Pieger would have worked a total of 45 hours of overtime in 2002; 85 hours in 2003; 126 hours in 2004; and 166 hours in 2005. From 2006 through the end of 2035, just prior to his 70th birthday, I assume that he would have worked an average of 166 hours of overtime per year.

Beginning with 2006, I assume that Mr. Pieger's real earnings, net of inflation, would have increased by an average of 1.8 percent per year. That figure is conservative because it is at least 10 percent below the average annual increase of more than 2 percent per year, since World War II, in real labor productivity.

Using the foregoing information and assumptions, I am able to construct Jeffrey Pieger's gross money earning capacities as shown in column (1) of Table 1.

## B. Income Taxes

I calculate the Connecticut and Federal income taxes due on Mr. Pieger's gross money earning capacities by using the 2002 rules and rates for both jurisdictions' personal income taxes. In addition, I incorporate the changes in rates and bracket amounts implemented in 2003. Finally, I apply the personal exemptions implied by Mr. Pieger's family circumstances, particularly the number of children and their ages, and assume that the Piegers would have taken average itemized deductions for their various yearly income cohorts, per data from the U.S. Internal Revenue Service. The results of my calculations appear in columns (2) and (3) of Table 1.

## C. Fringe Benefits

To calculate Jeffrey Pieger's non-taxable fringe benefits, I use the information that you provided plus what I obtained from the Railroad Retirement Board's website.

With that information, I am able to calculate the Tier I and Tier II employer contributions to the Railroad Retirement System, as percentages (7.65 and 16.1 percent, respectively) of Mr. Pieger's gross money earning capacities up to the 2002 maxima of $84,900 and $63,000, respectively. For earning capacities above the maxima, I use constant totals of 0.0675x$84,900 and 0.161x$63,000, respectively. The various other insurance coverages come to $597.66 in constant 2002 prices; that figure I hold constant for all years. Note that I exclude health-insurance contributions from fringe benefits because of the way living expenses are defined; see the next section.

The results of my calculations of Mr. Pieger's fringe benefits appear in column (4) of Table 1.

## D. Living Expenses

To calculate Jeffrey Pieger's basic individual living expenses—for food, clothing, shelter, and *uninsured* health care outlays—for his working years, 2002-2035, I use percentages of his gross money earning capacities derived from the BLS's Consumer Expenditure Survey. These percentages vary with the level of family income (here, Mr. Pieger's gross money earning capacities) and the size of the household (from 5 down to 2 people as the children grow up). For the years 2036-2042 following his retirement, I use a fixed dollar amount for the living expenses of an individual retired person, stated in constant 2002 prices, from the same source. The resulting calculations appear in column (5) of Table 1.

## E. Net Earning Capacities and Their Present Values

In column (6) of Table 1, I show Jeffrey Pieger's net earning capacities, 2002-2042, which are equal to his gross money earning capacities in column (1), less his Connecticut income taxes in column (2) and his Federal income taxes in column (3), plus his employer contributions for nontaxable fringe benefits in column (4), less his basic individual living expenses in column (5). Column (7) of the table contains the present values of the yearly net earning capacities discounted to October 1, 2003, at 2 percent real and after-tax. At the foot of column (7) is the total present value of Mr. Pieger's net earning capacities: $1,850,965. That is the amount which, if invested on October 1,

2003, to earn 2 percent real and after-tax, would just suffice to pay his estate the time stream of net earning capacities in column (6), leaving exactly zero dollars at the end of the period in 2042.

## II. Value of Household Services

Had he not died on March 5, 2002, Jeffrey Pieger would have continued to contribute to the functioning of his family's household. Without him, his wife and three children will have to replace his services.

To calculate the value of those services, I rely on the standard source, the volume cited earlier by Bryant *et al.* The authors report the value of household work—defined as "cooking, cleaning, washing, ironing, child and family care, lawn mowing, gardening, painting, and fixing" (p. 1)—based on household time-use surveys at the University of Michigan and the authors' own valuations of what it would have cost in 1988 to replace the household services of women and men. I use their figures for the "market alternative wage" (p. 31). Their calculations vary with three factors: the age of the youngest child in the family, the number of children, and the amount of time spent each week by the person doing the work. They provide three different tables pairing those three factors two at a time; I use the average of the three applicable values in any given year to construct a time stream of values based on changing family circumstances. I restate the dollar values of Bryant *et al.* in constant 2002 prices, using the 2002/1988 ratio of the CPI-U, and then discount the various yearly amounts to present values as of October 1, 2003, by 2 percent per year real and after-tax.

My calculations appear in Table 2. Columns (1)-(3) show the applicable values for the Piegers for each of the three factors, in 2002-2035. (To be conservative, I do not assign a value to Mr. Pieger's household services after 2035, just before his 70th birthday.) Columns (4)-(6) give the value (in 1988 prices) of a non-black male's household services for each pair of factors, according to Bryant *et al.* In column (7), I show the average of the yearly figures from columns (4)-(6), re-stated in constant 2002 prices. Finally, in column (8) I show the present values of the yearly figures. At the foot of that column is the total present value: $115,732. As for earning capacity, that total is

the amount which, if invested on October 1, 2003, to earn 2 percent real and after-tax, would just suffice to pay Mr. Pieger's estate the yearly amounts in column (7), with which his widow could hire replacement services, leaving exactly zero dollars at the end of the period in 2035.

## III. Summary

The total loss to Mr. Pieger's estate, because of untimely death, is the sum of the present values of his earning capacity, $1,850,965, and the value of his household services, $115,732, or $1,966,697.

Signed,

Arthur W. Wright, Ph.D.

# Table 1.  EARNING CAPACITY OF

# JEFFREY PIEGER

| [2002 $] | (1) | (2) | (3) | (4) | (5) | (6) | (7) | |
|---|---|---|---|---|---|---|---|---|
| YEAR | GROSS MONEY EARNING CAPACITY | CONN. INCOME TAXES | FEDERAL INCOME TAXES | FRINGE BENEFITS | LIVING EXPENSES | NET EARNING CAPACITY : (1) - (2) - (3) + (4) - (5) | PRESENT VALUE OF NET EARNING CAPACITY | YEAR |
| (0.825 YR.) | | | | | | | (10/01/03) | |
| 2002 | $37,276 | $54 | $1,708 | $10,837 | $4,100 | $42,250 | $43,234 | 2002 |
| 2003 | $47,076 | $141 | $2,177 | $13,661 | $5,178 | $53,242 | $53,506 | 2003 |
| 2004 | $51,808 | $559 | $3,080 | $14,974 | $4,663 | $58,480 | $57,618 | 2004 |
| 2005 | $57,249 | $1,086 | $3,714 | $16,484 | $5,152 | $63,781 | $61,608 | 2005 |
| 2006 | $58,280 | $1,178 | $3,834 | $16,770 | $5,245 | $64,793 | $61,359 | 2006 |
| 2007 | $59,329 | $1,270 | $3,956 | $17,061 | $5,340 | $65,825 | $61,114 | 2007 |
| 2008 | $60,396 | $1,363 | $4,080 | $17,358 | $5,436 | $66,875 | $60,872 | 2008 |
| 2009 | $61,484 | $1,457 | $4,207 | $17,659 | $5,534 | $67,946 | $60,634 | 2009 |
| 2010 | $62,590 | $1,552 | $4,336 | $17,966 | $5,633 | $69,037 | $60,399 | 2010 |
| 2011 | $63,717 | $1,647 | $4,467 | $18,164 | $5,735 | $70,032 | $60,068 | 2011 |
| 2012 | $64,864 | $1,744 | $4,600 | $18,297 | $5,838 | $70,979 | $59,687 | 2012 |
| 2013 | $66,031 | $1,886 | $4,736 | $18,433 | $5,943 | $71,899 | $59,275 | 2013 |
| 2014 | $67,220 | $1,985 | $4,874 | $18,572 | $8,066 | $70,866 | $57,278 | 2014 |
| 2015 | $68,430 | $2,084 | $5,015 | $18,713 | $8,212 | $71,832 | $56,920 | 2015 |
| 2016 | $69,662 | $2,185 | $5,159 | $18,856 | $8,359 | $72,815 | $56,568 | 2016 |
| 2017 | $70,916 | $2,286 | $5,305 | $19,002 | $6,382 | $75,945 | $57,842 | 2017 |
| 2018 | $72,192 | $2,389 | $5,453 | $19,151 | $6,497 | $77,004 | $57,499 | 2018 |
| 2019 | $73,492 | $2,447 | $5,604 | $19,302 | $8,084 | $76,658 | $56,119 | 2019 |
| 2020 | $74,814 | $2,507 | $5,758 | $20,920 | $8,230 | $79,240 | $56,871 | 2020 |
| 2021 | $76,161 | $2,567 | $6,155 | $21,898 | $8,378 | $80,959 | $56,966 | 2021 |
| 2022 | $77,532 | $2,629 | $6,319 | $22,099 | $12,405 | $78,278 | $53,999 | 2022 |
| 2023 | $78,928 | $2,692 | $6,486 | $22,304 | $12,628 | $79,425 | $53,716 | 2023 |
| 2024 | $80,348 | $2,756 | $6,656 | $22,512 | $12,856 | $80,593 | $53,437 | 2024 |
| 2025 | $81,794 | $2,821 | $6,829 | $22,724 | $13,087 | $81,782 | $53,162 | 2025 |
| 2026 | $83,267 | $2,887 | $7,005 | $22,939 | $13,323 | $82,992 | $52,891 | 2026 |
| 2027 | $84,766 | $2,954 | $7,184 | $23,159 | $13,562 | $84,224 | $52,624 | 2027 |
| 2028 | $86,291 | $3,023 | $7,366 | $23,276 | $13,807 | $85,371 | $52,295 | 2028 |
| 2029 | $87,845 | $3,093 | $7,552 | $23,385 | $14,055 | $86,529 | $51,965 | 2029 |
| 2030 | $89,426 | $3,164 | $7,741 | $23,495 | $14,308 | $87,708 | $51,640 | 2030 |
| 2031 | $91,035 | $3,237 | $8,009 | $23,608 | $14,566 | $88,832 | $51,276 | 2031 |
| 2032 | $92,674 | $3,310 | $8,335 | $23,723 | $14,828 | $89,923 | $50,888 | 2032 |
| 2033 | $94,342 | $3,385 | $8,668 | $23,839 | $15,095 | $91,034 | $50,507 | 2033 |
| 2034 | $96,040 | $3,506 | $9,006 | $23,958 | $15,366 | $92,120 | $50,107 | 2034 |
| 2035 | $97,769 | $3,719 | $9,350 | $24,079 | $15,643 | $93,136 | $49,666 | 2035 |
| 2036 | $0 | $0 | $0 | $0 | $10,108 | ($10,108) | ($5,284) | 2036 |
| 2037 | $0 | $0 | $0 | $0 | $10,108 | ($10,108) | ($5,181) | 2037 |
| 2038 | $0 | $0 | $0 | $0 | $10,108 | ($10,108) | ($5,079) | 2038 |
| 2039 | $0 | $0 | $0 | $0 | $10,108 | ($10,108) | ($4,980) | 2039 |
| 2040 | $0 | $0 | $0 | $0 | $10,108 | ($10,108) | ($4,882) | 2040 |
| 2041 | $0 | $0 | $0 | $0 | $10,108 | ($10,108) | ($4,786) | 2041 |
| 2042 | $0 | $0 | $0 | $0 | $5,256 | ($5,256) | ($2,452) | 2042 |
| (0.52 YR.) | | | | | | | | |

**TOTAL :  $1,850,965**

# TABLE 2: THE VALUE OF HOUSEHOLD WORK FOR

## JEFFREY PIEGER

| YEAR (0.825 YR.) [2002 $] | T | AGE | (1) Age of youngest child | (2) Number of children | (3) Number of hours employed per week | (4) VALUE OF HSHLD. WORK IN 2002 $ (1) vs. (2) | (5) (1) vs. (3) | (6) (2) vs. (3) | (7) AVERAGE VALUE OF HSHLD. WORK IN 2002 $ [(4)+(5)+(6)]/3 | (8) PRESENT VALUE OF HSHLD. WORK (1001/03) | YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2002 | 0 | 36 | 3 | 3 | 40+ | $2,134 | $2,560 | $2,967 | $3,883 | $3,974 | 2002 |
| 2003 | 1 | 37 | 4 | 3 | 40+ | $2,134 | $2,560 | $2,967 | $3,883 | $3,903 | 2003 |
| 2004 | 2 | 38 | 5 | 3 | 40+ | $2,134 | $2,560 | $2,967 | $3,883 | $3,826 | 2004 |
| 2005 | 3 | 39 | 6 | 3 | 40+ | $3,149 | $3,284 | $2,967 | $4,765 | $4,603 | 2005 |
| 2006 | 4 | 40 | 7 | 3 | 40+ | $3,149 | $3,284 | $2,967 | $4,765 | $4,512 | 2006 |
| 2007 | 5 | 41 | 8 | 3 | 40+ | $3,149 | $3,284 | $2,967 | $4,765 | $4,424 | 2007 |
| 2008 | 6 | 42 | 9 | 3 | 40+ | $3,149 | $3,284 | $2,967 | $4,765 | $4,337 | 2008 |
| 2009 | 7 | 43 | 10 | 3 | 40+ | $3,149 | $3,284 | $2,967 | $4,765 | $4,252 | 2009 |
| 2010 | 8 | 44 | 11 | 3 | 40+ | $3,959 | $3,284 | $2,967 | $5,227 | $4,573 | 2010 |
| 2011 | 9 | 45 | 12 | 2 | 40+ | $3,959 | $3,284 | $3,068 | $5,227 | $4,483 | 2011 |
| 2012 | 10 | 46 | 13 | 2 | 40+ | $3,959 | $3,284 | $3,068 | $5,227 | $4,395 | 2012 |
| 2013 | 11 | 47 | 14 | 2 | 40+ | $3,959 | $3,284 | $3,068 | $5,227 | $4,309 | 2013 |
| 2014 | 12 | 48 | 15 | 2 | 40+ | $2,561 | $2,367 | $3,068 | $4,053 | $3,276 | 2014 |
| 2015 | 13 | 49 | 16 | 1 | 40+ | $1,347 | $2,367 | $2,507 | $3,153 | $3,499 | 2015 |
| 2016 | 14 | 50 | 17 | 1 | 40+ | $1,347 | $2,367 | $2,507 | $3,153 | $2,450 | 2016 |
| 2017 | 15 | 51 | 18 | 1 | 40+ | $2,767 | $2,367 | $2,507 | $3,873 | $2,950 | 2017 |
| 2018 | 16 | 52 | | | 40+ | $3,391 | $2,700 | $3,060 | $4,639 | $3,464 | 2018 |
| 2019 | 17 | 53 | | | 40+ | $3,391 | $2,700 | $3,060 | $4,639 | $3,396 | 2019 |
| 2020 | 18 | 54 | | | 40+ | $3,391 | $2,700 | $3,060 | $4,639 | $3,329 | 2020 |
| 2021 | 19 | 55 | | | 40+ | $3,391 | $2,700 | $3,060 | $4,639 | $3,264 | 2021 |
| 2022 | 20 | 56 | | | 40+ | $3,391 | $2,700 | $3,060 | $4,639 | $3,200 | 2022 |
| 2023 | 21 | 57 | | | 40+ | $3,391 | $2,700 | $3,060 | $4,639 | $3,137 | 2023 |
| 2024 | 22 | 58 | | | 40+ | $3,391 | $2,700 | $3,060 | $4,639 | $3,076 | 2024 |
| 2025 | 23 | 59 | | | 40+ | $3,391 | $2,700 | $3,060 | $4,639 | $3,015 | 2025 |
| 2026 | 24 | 60 | | | 40+ | $3,391 | $2,700 | $3,060 | $4,639 | $2,956 | 2026 |
| 2027 | 25 | 61 | | | 40+ | $3,391 | $2,700 | $3,060 | $4,639 | $2,898 | 2027 |
| 2028 | 26 | 62 | | | 40+ | $3,391 | $2,700 | $3,060 | $4,639 | $2,841 | 2028 |
| 2029 | 27 | 63 | | | 40+ | $3,391 | $2,700 | $3,060 | $4,639 | $2,786 | 2029 |
| 2030 | 28 | 64 | | | 40+ | $3,391 | $2,700 | $3,060 | $4,639 | $2,731 | 2030 |
| 2031 | 29 | 65 | | | 40+ | $3,391 | $2,700 | $3,060 | $4,639 | $2,678 | 2031 |
| 2032 | 30 | 66 | | | 40+ | $3,391 | $2,700 | $3,060 | $4,639 | $2,625 | 2032 |
| 2033 | 31 | 67 | | | 40+ | $3,391 | $2,700 | $3,060 | $4,639 | $2,574 | 2033 |
| 2034 | 32 | 68 | | | 40+ | $3,391 | $2,700 | $3,060 | $4,639 | $2,523 | 2034 |
| 2035 | 33 | 69 | | | 40+ | $3,391 | $2,700 | $3,060 | $4,639 | $2,474 | 2035 |

**TOTAL: $115,732**

SOURCE: W. K. Bryant et al, *The Dollar Value of Household Work*, Revised Edition (Ithaca, NY, 1993), p. 31.