# Voir Dire

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------X

| | |
|---|---|
| Michelle Pieger, for the Estate of Jeffrey Michael Pieger | Civil Action No: 3:02CV00749(SRU) |
| Plaintiff | |
| VS. | |
| Metro-North Railroad Company | March 9, 2004 |
| Defendant | |

------------------------------------------------X

FILED 2004 MAR -9 P 5: 21
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

**A. Questions to Individual Jurors**

1. Where were you born?

2. In what borough or county do you reside? In what neighborhood or town do you live? How long have you lived there? [**If less than five years**, in what borough or county did you previously reside?]

3. Are you married? Do you reside with other persons? Do you have any children? What is the age, sex, occupation and residence of each child?

4. What is your occupation? [**If retired**, what was your previous occupation?] How long have you worked for your employer? [**If less than one year**, what was your prior occupation?] What are your duties? [**If self-employed**, state the nature of your business.]

5. What is your spouse's occupation? [**If your spouse is retired or deceased**, what was his or her occupation?] [**If you reside with another person**, what is his or her occupation?]

6. Have you ever been unemployed due to a layoff or job cutback?

7. Is anyone in your immediate family or any close friend currently unemployed due to a layoff or job cutback?

8. What is your educational background?

9. Have any of these questions triggered in your mind anything that you wish to volunteer?

## B. Questions to Jurors as Group

1. Does any juror have any problem with his or her hearing, sight, or understanding of the English language that would impair his or her full attention at trial?

2. Do you take medication which makes you drowsy or would prevent you from concentrating during the course of this trial?

3. Does any juror know, or has any juror had any dealings, directly or indirectly, with the plaintiff Michelle Pieger, or the decedent Jeffrey Pieger or with any relatives, friends, or associates of the plaintiff or the decedent? Does any juror have any relatives, friends, or employers who know, or who have had any dealings with, the plaintiff or the decedent?

4. The plaintiff Michelle Pieger is represented by George J. Cahill, Jr., Esq. and Charles C. Goetsch, Esq. of the law firm Cahill & Goetsch, P.C. That office is located at 43 Trumbull Street, New Haven, Connecticut. Does any juror know, or has any juror had any dealings, directly or indirectly, with Mr. Cahill or Mr. Goetsch or any member of their family or law firm?

5. The defendant in this trial is the Metro-North Railroad Company. Has any juror, or any member of a juror's family or household, ever been employed by defendant, or had any prior dealings with defendant, that might influence you in reaching a fair and impartial verdict?

6. The Metro-North Railroad Company is represented at this trial by Cathleen Giannetta, Esq. of the law firm Landman Corsi Ballaine & Ford. That office is located at 120 Broadway, 27th Floor, NY, NY. Does any juror know, or has any juror had any dealings, either directly or indirectly, with Ms. Giannetta or any member of her family or law firm?

7. Have you, or has any member of your family or household, either as an individual or in the course of your business, ever been a party to any legal action or dispute, or had an interest in any such legal dispute or its outcome?

8. Has any juror ever served as a member of any federal, state, county or city grand jury?

9. Is any juror, or relative or close friend, a member of the Federal or State Grand Jury Association?

10. Has any juror ever served as a trial juror in either the state or federal courts? [**If so:**] When and in what county? Was it a civil or a criminal case? Did you have the benefit of hearing the court instruct the jury on the law that applied to that case? Did the jury reach a verdict? Did the judge comment on the verdict?

11. Has any juror, relative or close friend ever appeared as a witness at any state or federal trial, or before a grand jury, a congressional or state legislative committee, a licensing authority or a governmental agency? [**If so:**] Would anything about your experience, or the experience of a relative or friend, prevent you from being fair and impartial in this case?

12. Is any juror, relative or close friend employed by a lawyer, law firm, or engaged in the practice of law? [**If so:**] Briefly elaborate.

13. Is any juror an employee of an insurance company that insures against accidents and casualties? Is any juror engaged in settling or investigating personal injury claims as part of your job?

14. Has any juror, relative or close friend ever been employed in any way by a railroad, or owned stock, or had some other interest, in a railroad? [**If so:**] Briefly elaborate.

15. Has any juror, relative or close friend ever been involved in any way in an occurrence which gave rise to a claim for personal injuries? [**If so:**] Briefly elaborate. Did the injury occur to you? Did the claim involve injuries at work?

16. Has any juror ever been involved in any work-related injury, other than injuries to yourself, such as being a witness to someone else's work injury? [**If so:**] Briefly elaborate.

17. Has any juror, relative or close friend ever been involved in any way in an occurrence which gave rise to a claim for wrongful death?

18. Has any juror ever lost a relative or close friend due to a car accident, work-related death, or any accidental death?

19. Does any juror believe that an individual who brings a lawsuit is entitled to be paid some money just because he brings a lawsuit?

20. Defendant Metro-North Railroad Company is a railroad corporation and plaintiff is an individual. All parties stand as equals at the bar of justice and are to be treated fairly and equally. Is any juror unable to follow this instruction?

21. I have, in these questions, tried to direct your attention to possible reasons why any of you might not be able to sit as a fair and impartial juror. Does any juror have the slightest doubt, for any reason whatsoever, that he or she will be able to keep an open mind throughout these proceedings; and serve conscientiously, fairly and impartially in this case; and render a true and just verdict without fear, favor, sympathy, prejudice, and according to the law as it will be explained? Again, you must apply the legal standards that I will explain to you at the end of the trial, even though you may disagree with them. Will you be able to carry out this function?

Dated: March 9, 2004

FOR THE PLAINTIFF,

By _____
George J. Cahill, Jr. (ct04485)
Charles C. Goetsch (ct0776)
CAHILL & GOETSCH, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000

### Certificate of Service

This is to certify that a copy of the foregoing was first class mail, postage prepaid to:

Cathleen Giannetta, Esq.
Landman Corsi Ballaine & Ford
120 Broadway - 27th Fl.
NY, NY 10271

on March 9, 2004.