UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Michelle Pieger, Administratrix for the
Estate of Jeffrey Michael Pieger

Civil Action No.: 302CV00749 (SRU)

Plaintiff,
vs.

**DEFENDANT'S PROPOSED VOIR DIRE**

Metro-North Railroad Company,

Defendant.

**PROPOSED VOIR DIRE**

1. Do any of you know the plaintiff, Michelle Pieger, Administratrix for the Estate of Jeffrey Michael Pieger, or did any of you know the decedent, Jeffrey Michael Pieger, in this case?

2. Do any of you know the witnesses in this case? (Read witness list.) Do you know anyone who works for Metro-North?

3. Do any of you know anyone who has ever been represented by the plaintiff's attorney, George Cahill or Cahill & Goetsch? How about the defendant's attorney, Cathleen Giannetta or Landman, Corsi, Ballaine & Ford, P.C.?

4. Have any of you ever worked for a railroad? If so, which railroad and what duties did you perform? Do any relatives or close friends work for a railroad? If so, which railroad and what job do they perform?

5. Have any of you ever sued anyone because of a personal injury suffered by you? Describe the incident.

364434.1 DocsNY

6. Has any member of your family ever sued anyone because of a personal injury suffered by them?

7. Has any of member of your family or close friend ever been injured at work? If so, please explain what happened. Was a report filed? Claim made? Medical care required? Do you feel that you (or the injured party) were treated fairly by the employer? By the Court (if a trial followed)?

8. Have any of you or any member of your family or close friends been involved in any way with Metro-North?

9. Do any of you have any bad or negative feelings against Metro-North?

10. Throughout this trial, plaintiff will always get to do things first. The defendant cannot proceed until the plaintiff has finished. Will each of you wait until you have heard all the evidence before you make up your mind about any issue?

11. Will you give equal weight to answers given during defendant's questioning of plaintiff and plaintiff's witnesses as to evidence obtained by plaintiff's attorney from her witnesses?

12. Will you be able to follow the laws as instructed by me in this case?

13. Plaintiff is suing the railroad because of the death of her husband, Jeffrey Pieger, while he was working for Metro-North and for which she claims Metro-North is responsible. Do any of you feel that Michelle Pieger, Administratrix for the Estate of Jeffrey Michael Pieger should recover money from Metro-North solely because Jeffrey Pieger was killed at work even if Metro-North was not responsible for the injury?

14. Would you be able to find that Michelle Pieger, Administratrix for the Estate of Jeffrey Michael Pieger should not be compensated if the law as instructed to you and the facts before you required that you make such a finding?

15. If any of you cannot in good conscience promise that you have no doubts that you will treat both sides fairly and equally, please raise your hand.

16. As our judicial system requires, can you treat Metro-North, a railroad, as an individual with an equal right to a fair trial as any other individual?

17. Have any of you had any legal training? Have any of you ever served on a jury before? If so, what type of case was it? Did you reach a verdict? Was the experience of serving as a juror pleasant or unpleasant?

18. Will you apply the laws as instructed by me in this case rather than any prior understanding that you may have had as to what the law is?

19. Do each of you understand that it is solely the evidence, not the number of witnesses called by each side, or the amount of time taken by either side to present its case, on which you must base your decision?

20. Is there anything in your mind that you feel I or either side should know that would affect your ability to fairly and impartially decide this case on the merits?

21. Where do you work? For how long? (If less than 10 years - what did you do before that?)

22. What is your present position?

23. What are your job duties?

24. Are you married? For how long? Children?

25. Where does your spouse work? For how long? Children work? Where? How long?

26. What are your spouse's employment duties?

27. Do you understand that in order to award damages to the plaintiff against Metro-North, plaintiff must prove first that Metro-North is liable to her? Do any of you not understand or disagree with the legal principle that plaintiff has the burden of proving her claims against the defendant in this case?

28. Do you feel you can give all sides a fair and impartial trial and render a just verdict among them?

Dated:  New York, New York
        March 3, 2004

                                Respectfully submitted,

                                LANDMAN CORSI BALLAINE & FORD P.C.

                        By:     *Cathleen Giannetta*
                                Cathleen Giannetta (12052)
                                Attorneys for Defendant
                                Metro-North Railroad Company
                                120 Broadway - 27th floor
                                New York, New York 10271-0079
                                (212) 238-4800

364434.1 DocsNY                 -4-

# Jury Charges