UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Michelle Pieger

V.                                    Case Number:  3:02cv749 (SRU)

Metro North Railroad

NOTICE TO COUNSEL
----------------------

The above-entitled case was reported to the Court on <u>March 23, 2004</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on April 15, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, March 24, 2004.


KEVIN F. ROWE, CLERK

By: _/s/ Alice Montz_
Alice Montz
Deputy Clerk